UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Eugene R. Myers,

    Plaintiff,

vs.

People First Recoveries, LLC
And Khemall K. Jokhoo,

    Defendants.

Civil File No. 07-C-0599 C

**ORDER**

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated: 4/2/08

Barbara B. Crabb
Judge of United States District Court

Entered this 9th day of April, 2008.

Theresa M. Owens, Clerk of Court

Copy of this document has been provided to: all counsel
via _____
this ___ day of ___, 20__
by _____